IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN F. BROWN,

      Petitioner,                       JUDGMENT IN A CIVIL CASE

v.                                      Case No. 12-cv-861-bbc

MARC CLEMENTS, Warden,
Fox Lake Correctional Institution,

      Respondent.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of John F. Brown for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 6/6/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |